IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1334-AP

KRIS M. KING,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**.

    **For Plaintiff**:

    Rick P. Sauer, Esq.
    700 Macon Ave.
    Canon City, CO 81212
    (719) 275-7591 (telephone)
    (719) 275-6165 (fax)
    ricksauer@msn.com

    **For Defendant:**

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570; (303) 844-0770 (fax)
    debra.meachum@ssa.gov
    d_meachum@hotmail.com

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed: <u>July 15, 2005.</u>
    B.     Date Complaint Was Served on U.S. Attorney's Office: <u>August 5, 2005.</u>
    C.     Date Answer and Administrative Record Were Filed: <u>October 4, 2005.</u>

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>The parties, to the best of their knowledge, state that the administrative record is complete and accurate.</u>

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>The parties will not submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>The partes, to the best of their knowledge, do not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>The parties have no other matters to bring to the attention of the Court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:    <u>DECEMBER 1, 2005.</u>
    B.     Defendant's Response Brief Due:    <u>DECEMBER 30, 2005.</u>
    C.     Plaintiff's Reply Brief (If Any) Due: <u>JANUARY 14, 2006.</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:    <u>Plaintiff does not request oral argument.</u>
    B.     Defendant's Statement:    <u>Defendant does not request oral argument.</u>

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*<u>Indicate below the parties' consent choice.</u>*

      **A.**     **( X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**     **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.**

      DATED this 18th day of October, 2005.

                                                BY THE COURT:

                                                S/John L. Kane
                                                U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Rick P. Sauer 10-14-/05**
Rick P. Sauer, Esq.
700 Macon Ave.
Canon City, CO 81212
(719) 275-7591 (telephone)
(719) 275-6165 (fax)
ricksauer@msn.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
ASSISTANT UNITED STATES ATTORNEY
**s/Kurt J. Bohn 10-14-05**

**s/Debra J. Meachum 10-14-05**
Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570; (303) 844-0770 (fax)
d_meachum@hotmail.com; debra.meachum@ssa.gov