IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-1334-AP**

**KRIS M. KING,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Upon consideration of Defendant's Unopposed Motion to Remand (doc. #19), filed March 20, 2006, it is

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Good cause having been shown related to Plaintiff's significant psychological condition, It is

**FURTHER ORDERED** that upon remand this case shall be assigned to an Administrative Law Judge other than the one who heard the case before remand.

Dated:  March 20, 2006

                                    BY THE COURT:

                                    S/**John L. Kane**
                                    Senior Judge, United States District Court