IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1334-AP**

**KRIS M. KING,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

---

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #27), filed April 13, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,200.00**. The Motion for Attorney Fees (doc. #25) filed March 30, 2006, is denied as moot.

Dated at Denver, Colorado, this 13th day of April, 2006.

                          BY THE COURT:

                          **S/John L. Kane**
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT